**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-525-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVARO VELARDE.

    Defendant.

---

**ALVARO VELARDE'S MOTION IN LIMINE TO ADMIT**
**AIR FORCE OFFICE OF SPECIAL REPORT OF INVESTIGATION INV 395-429**

---

Defendant Alvaro Velarde, through his attorney, Mark Edward Scabavea, respectfully submits the following Motion in Limine to Admit Air Force Office of Special Investigation ("AFOIS") Report of Investigation 395-429:

**CERTIFICATE OF CONFERRAL**

Undersigned counsel attempted to confer by email with Government's counsel regarding this motion at 9:42am this morning.  It is not known if Government's counsel opposes this motion at this time.

On January 15, 2019, AFOSI interviewed Army Private Frist Class Joshua Benvenuto ("PFC Benvenuto"), the boyfriend of IC.  The result of the interview was a sworn statement by PFC Benvenuto, excerpts of texts messages between PFC Benvenuto at or around the time of the events that give rise to the charges against the Defendant, and Special Agent Rust's and Special Agent Anulies', both members of AFOSI, impressions of the texts messages and sworn statement.  The form of the aforementioned is consistent

with the policies and procedures of AFOSI. The aforementioned report is labeled INV 0000395 - INV0000429.

WHEREFORE, Defendant respectfully requests this Court admit INV 0000395 - INV0000429 into evidence.

Respectfully submitted this 18th day of March, 2019.

                                                  s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com
*Attorney for Defendant Alvaro Velarde*

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on March 18, 2019, I electronically filed the foregoing Motion in Limine to Admit AFOIS Report of Investigation 395-429 with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Emily Treaster
emily.treaster@usdoj.gov

Peter McNeilly
peter.mcneilly@usdoj.gov

                                          s/ Mark E. Scabavea
                                          MARK EDWARD SCABAVEA
                                          301 Sheridan Blvd.
                                          Lakewood, Colorado 80226
                                          Office:  (707) 592-5571
                                          markscabavea@icloud.com
                                          *Attorney for Defendant Alvaro Velarde*