AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Alvaro P. Velarde | ) Case No. 18-cr-00525-CMA |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Staff Sergeant Christopher J. Woods
 Special Victim's Counsel AFLOA/CLSV
 2302 Cadet Drive, Suite 161
 USAF Academy, Colorado 80840

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
(303) 335-2174 | Courtroom No.: A602 |
|---|---|---|
| | | Date and Time: April 29, 2019 - May 3, 2019 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The requestor demands the testimony of Staff Sergeant Christopher J. Woods for the purpose of impeachment of the testimony of the alleged victim in this case. Staff Sergenat Christopher J. Woods was present and took notes during defense counsel's victim interview which occurred on March 1, 2019. Through this subpoena, defense counsel does not seek any other information.

*(SEAL)*

Date:  April 26, 2019

CLERK OF COURT

s/E. Van Alphen Deputy Clerk
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 18-cr-00525-CMA

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: